UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Richard Goodier, Deputy Clerk in Charge
301-344-0639

May 19, 2008

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

RE: MDL 986 - In Re: Bayer Corporation, et al

Dear Mr. Beck:

Enclosed are docket sheets and a copy of the complaint for possible tag along case in the above referenced matter.

AW-08-1280

If we can be of further assistance, please let us know.

Very truly,

Felicia C. Cannon, Clerk

By:  ___/s/_____
Edith Tate, Deputy Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov