AO 440 (Rev. 10/93) (MD Rev. 02/2001) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES LANDMESSER, JR., a resident of Silver Springs, Maryland | **SUMMONS IN A CIVIL CASE** |
| V. | CASE  AW-08-1280 |
| BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation and ALPHA THERAPEUTIC CORPORATION, a California corporation | |

TO: (Name and address of defendant)

BAYER CORPORATION;
BAXTER HEALTHCARE CORPORATION;
ARMOUR PHARMACEUTICAL COMPANY, INC.; and
ALPHA THERAPEUTIC CORPORATION

*see attached service list for each company's agent for service of process.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE May 19, 2008

_(signature)_
(BY) DEPUTY CLERK

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

## SERVICE LIST

| | |
|---|---|
| BAYER CORPORATION<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr.<br>Sacramento, CA 95833 | BAXTER HEALTHCARE CORPORATION<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| ARMOUR PHARMACEUTICAL COMPANY, INC.<br>Corporation Service Company<br>2704 Commerce Drive<br>Harrisburg, PA 17110 | ALPHA THERAPEUTIC CORPORATION<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |

762648.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  **DATE** |
| Name of SERVER  **TITLE** |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                         *Date*                                                          *Signature of Server*

                                                                          _____
                                                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure