IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES LANDMESSER, JR.   *

<u>      Plaintiff(s)</u>   *

      Case No.: _____

vs.   *

Bayer Corporation, et. al.   *

<u>      Defendant(s)</u>   ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Robert Weltchek__, am a member in good standing of the bar of this Court. My bar number is __00954__. I am moving the admission of

__Paulina do Amaral__ to appear *pro hac vice* in this case as counsel for

__James Landmesser, Jr.__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Bar of New York, 1997 | U.S. Court of Appeals, Ninth Circuit, 1999 |
| State Bar of California, 1998 | U.S. District Court for the Southern District of New York, 2004 |
| | U.S. District Court for the Western District of Michigan, 2004 |
| | U.S. District Court for the Eastern District of Michigan, 2007 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court - __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

U.S. District Court (Rev. 10/1/2007) - Pro Hac Vice          Page 1 of 2

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Paulina do Amaral, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
*[signature]*
Signature

Robert Weltchek
Printed Name

Snyder Weltchek & Snyder
Firm

1829 Reisterstown Rd, Suite 100, Baltimore, MD 21208
Address

(410) 653-3700
Telephone Number

(410) 653-3024
Fax Number

rweltchek@litigationteam.com
Email Address

PROPOSED ADMITTEE
*[signature]*
Signature

Paulina do Amaral
Printed Name

Lieff, Cabraser, Heimann & Bernstein, LLP
Firm

780 Third Avenue, 48th Floor, New York, NY 10017
Address

(212) 355-9500
Telephone Number

(212) 355-9592
Fax Number

pdoamaral@lchb.com
Email Address