UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
----------------------------------X
JAMES LANDMESSER, JR.,
a resident of Silver Springs, Maryland
              Plaintiff,
     -against-

BAYER CORPORATION, an Indiana
Corporation, successor to CUTTER
BIOLOGICAL, a California Corporation,
et al.,
              Defendants.
----------------------------------X

Case No. AW-08-1280
**AFFIDAVIT OF SERVICE**

STATE OF PENNSYLVANIA )
                       s.s.:
COUNTY OF DAUPHIN     )

    Mary B. Kerns, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the __2nd__ day of June, 2008, at approximately __3:46__ a.m./p.m., deponent served an Original Summons in a Civil Case and a true copy of the Complaint with Jury Demand upon Armour Pharmaceutical Company, Inc. by serving their Registered Agent, Corporation Service Company at 2704 Commerce Drive, Harrisburg, Pennsylvania by personally delivering and leaving the same with __Jennifer Smith__ who informed deponent that he/she holds the position of __Customer Service Rep.__, and is authorized by Law/Appointment to accept service at that address.

    __Jennifer Smith__ is a __white__ __female__ approximately __36__ years of age, stands approximately __5__ feet, __6__ inches tall, weighs approximately __180__ pounds with __brown__ hair and __brown__ eyes.

Sworn to before me this __2nd__ day of June, 2008.

_[signature]_
PROCESS SERVER

_[signature]_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Wendy M. Johnston, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Oct. 24, 2009

Member, Pennsylvania Association of Notaries