UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
--------------------------------X
JAMES LANDMESSER, JR.,                    Case No. AW-08-1280
a resident of Silver Springs, Maryland
                                          **AFFIDAVIT OF SERVICE**
            Plaintiff,
      -against-

BAYER CORPORATION,  an Indiana
Corporation, successor to CUTTER
BIOLOGICAL,  a California Corporation,
et al.,
            Defendants.
--------------------------------X
STATE OF CALIFORNIA    )
                       s.s.:
COUNTY OF ORANGE       )


      RYAN PRICE                , being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

      That on the   2   day of June, 2008, at approximately 2:50PM a.m./p.m., deponent served an Original Summons in a Civil Case and a true copy of the Complaint with Jury Demand upon Alpha Therapeutic Corporation, by serving their Registered Agent, CT Corporation System at 818 West 7th Street, Los Angeles, California by personally delivering and leaving the same with   JUAN DE PABLO   who informed deponent that he/she holds the position of AUTHORIZED AGENT  , and is authorized by Law/Appointment to accept service at that address.

      JUAN DE PABLO   is a   HISPANIC   MALE   approximately  28  years of age, stands approximately  5  feet, 7  inches tall, weighs approximately  150  pounds with  BLACK  hair and  BROWN  eyes.


                                    Sworn to before me this
                                       3    day of June, 2008.


  *Ryan Price*                        *Tamara Morales*
PROCESS SERVER                        NOTARY PUBLIC



TAMARA A. MORALES
Commission # 1768828
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011