```
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-------------------------------X
JAMES LANDMESSER, JR.,                Case No. AW-08-1280
a resident of Silver Springs, Maryland   AFFIDAVIT OF SERVICE
                Plaintiff,
        -against-

BAYER CORPORATION, an Indiana
Corporation, successor to CUTTER
BIOLOGICAL, a California Corporation,
et al.,
                Defendants.
-------------------------------X
STATE OF CALIFORNIA    )
                       s.s.:
COUNTY OF ORANGE       )
```

_____RYAN PRICE_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __2__ day of June, 2008, at approximately __2:50P__ a.m./p.m., deponent served an Original Summons in a Civil Case and a true copy of the Complaint with Jury Demand upon Baxter Healthcare Corporation, by serving their Registered Agent, CT Corporation System at 818 West 7th Street, Los Angeles, California by personally delivering and leaving the same with __JUAN DE PABLO__ who informed deponent that he/she holds the position of __AUTHORIZED AGENT__, and is authorized by Law/Appointment to accept service at that address.

__JUAN DE PABLO__ is a __HISPANIC__ __MALE__ approximately __28__ years of age, stands approximately __5__ feet, __7__ inches tall, weighs approximately __150__ pounds with __BLACK__ hair and __BROWN__ eyes.

Sworn to before me this __3__ day of June, 2008.

*Ryan Price*
PROCESS SERVER

*Tamara Price*
NOTARY PUBLIC

TAMARA A. MORALES
Commission # 1746526
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011