UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
----------------------------------X
JAMES LANDMESSER, JR.,              Case No. AW-08-1280
a resident of Silver Springs, Maryland   AFFIDAVIT OF SERVICE
                    Plaintiff,
          -against-

BAYER CORPORATION, an Indiana
Corporation, successor to CUTTER
BIOLOGICAL, a California Corporation,
et al.,
                    Defendants.
----------------------------------X
STATE OF CALIFORNIA   )
                      s.s.:
COUNTY OF SACRAMENTO  )

   __MIKE SINGH__, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the __2ND__ day of June, 2008, at approximately __12:10__ a.m./(p.m.), deponent served an Original Summons in a Civil Case and a true copy of the Complaint with Jury Demand upon Bayer Corporation, by serving their Registered Agent, CSC - Lawyers Incorporating Service at 2730 Gateway Oaks Drive, Sacramento, California by personally delivering and leaving the same with __BECKY DE GEORGE__ who informed deponent that he/she holds the position of __AGENT FOR SERVICE__, and is authorized by Law/Appointment to accept service at that address.

   __BECKY DE GEORGE__ is a __CAUCASIAN__ __FEMALE__ approximately __40__ years of age, stands approximately __5__ feet, __7__ inches tall, weighs approximately __155__ pounds with __BLONDE__ hair and __BLUE__ eyes.

_____          Sworn to before me this
PROCESS SERVER                           __3rd__ day of June, 2008.

                                         _____
                                         NOTARY PUBLIC

                                         RUSSELL J. DUANE
                                         COMM. # 1493858
                                         NOTARY PUBLIC-CALIFORNIA
                                         PLACER COUNTY
                                         COMM. EXP. JUNE 4, 2008