

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 2 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 0 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED
LODGED

JUN 2 7 2008

DISTRICT OF MARYLAND

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION

James Landmesser, Jr. v. Bayer Corp., et al.,
D. Maryland, C.A. No. 8:08-1280

MDL No. 986

## CONDITIONAL TRANSFER ORDER (CTO-104)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 264 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION     MDL No. 986

## INVOLVED COUNSEL LIST (CTO-104)

Richard L. Berkman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Sara J. Gourley
SIDLEY AUSTIN LLP
One South Dearborn Street
Bank One Plaza
Chicago, IL 60603

Geoffrey R.W. Smith
GEOFFREY R W SMITH LAW OFFICES
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Kevin Stack
KNAPP PETERSON & CLARKE
500 North Brand Boulevard
20th Floor
Glendale, CA 91203-1904

John J. Uustal
KELLEY UUSTAL
700 S.E. 3rd Avenue
Suite 300
Ft. Lauderdale, FL 33316

Robert J. Weltchek
SNYDER WELTCHEK & SNYDER
1829 Reisterstown Road
Suite 100
Baltimore, MD 21208

Paulina do Amaral
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

JUN 2 7 2008

DISTRICT OF MARYLAND

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

June 26, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 986 -- IN RE: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

(See Attached CTO-104)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 10, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Denise Morgan-Stone*

Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge John F. Grady
    Transferor Judge: Judge Alexander Williams, Jr.
    Transferor Clerk: Felicia C. Cannon

JPML Form 36