SCANNED

FILED _____
LODGED _____
JUN 2 7 2008
AT _____
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY_____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES LANDMESSER, JR., a resident of Silver Spring, Maryland,<br><br>Plaintiff,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: AW 08-1280<br><br>**STIPULATION TO STAY PROCEEDINGS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between counsel of record for Plaintiff JAMES LANDMESSER, JR. ("Plaintiff"), and Defendants BAYER CORPORATION, BAXTER HEALTHCARE CORPORATION, ARMOUR PHARMACEUTICAL COMPANY, and ALPHA THERAPEUTIC CORPORATION ("Defendants"), in the action entitled *Landmesser v. Bayer Corporation, et al.* (AW 08-1280), currently pending in this Court, that all proceedings in the District of Maryland shall be stayed until the Judicial Panel on Multidistrict Litigation (hereinafter "the Panel") completes the process for transferring this case to MDL-986, currently pending before The Honorable John F. Grady in the Northern District of Illinois.

STIPULATION TO STAY PROCEEDINGS
CASE NO. AW 08-1280

The transfer process was initiated by the issuance by the Panel of a Conditional Transfer Order on June 10, 2008 (a copy of which is attached hereto). Plaintiff will not oppose transfer. Under the Panel's procedures, if no opposition is received by June 25, 2008, the transfer order will be sent by the Panel to the Clerk of the Northern District of Illinois and will become effective upon filing there.

If the Panel transfers the case as expected, the stay shall remain in effect. If, however, there is no transfer, or, upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case. This stipulation may be signed by the parties in counterpart.

IT IS SO STIPULATED.

Dated: June 20, 2008

ATTORNEYS FOR PLAINTIFF

BY: /s/ Paulina do Amaral

Steven E. Fineman
Paulina do Amaral
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 100 17-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail: sfineman(@lchb.com;
pdoamaral@lchb.com;

Robert J. Weltchek
1829 Reisterstown Road, Suite 100
Baltimore, MD 21208
Phone: (410) 653-3700
E-mail: rweltchek@litigationteam.com

STIPULATION TO STAY PROCEEDINGS
CASE NO. AW 08-1280

2

|  |  |
|---|---|
| 1 | Elizabeth J. Cabraser |
| 2 | Heather A. Foster |
|  | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | 275 Battery Street, 30th Floor |
|  | San Francisco, CA 94111-3339 |
| 4 | Telephone: (415) 956-1000 |
| 5 | Facsimile: (415) 956-1008 |
|  | E-mail: ecabraser@lchb.com, |
| 6 | hfoster@lchb.com |

Lexi J. Hazam
LIEFF GLOBAL, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 788-8000
Facsimile: (415) 788-8002
E-mail: lhazam@lieffglobal.com

Attorneys for Plaintiff
JAMES LANDMESSER, JR.

IT IS SO STIPULATED.

Dated: June 25, 2008            **GEOFFREY SMITH, PLLC**

BY: _____ 28121
Katharine S. O'Hara (Federal Bar No. _____)
Geoffrey R. W. Smith
GEOFFREY SMITH PLLC
1350 I Street, NW Ste 900
Washington, DC 20005
Telephone: (202) 625-1224
Facsimile: (202) 333-1637
Email: katieatgrwslaw@aol.com;
grwslawyer@aol.com

Philip S. Beck
Lindley J. Brenza

STIPULATION TO STAY PROCEEDINGS
CASE NO. AW 08-1280

3

```
                            Kaspar J. Stoffelmayr
                            Carolyn J. Frantz
                            BARTLIT BECK HERMAN PALENCHAR
                                & SCOTT
                            54 West Hubbard Street, Suite 300
                            Chicago, IL 60610
                            Telephone: (312) 494-4411
                            Facsimile: (312) 494-4440
                            Email: philip.beck@bartlit-beck.com;
                            lindley.brenza@bartlit-beck.com;
                            kaspar.stoffelmayr@bartlit-beck.com;
                            carolyn.frantz@bartlit-beck.com

                            Attorneys for Defendant,
                            BAYER CORPORATION
```

IT IS SO STIPULATED.

Dated: June 25th, 2008                    **KNAPP PETERSEN & CLARKE**

---

**STIPULATION TO STAY PROCEEDINGS**
CASE NO. AW 08-1280

4

BY: _/s/ Kevin Stack (by permission)_
Kevin J. Stack
KNAPP PETERSEN & CLARKE
500 North Brand Blvd., 20th Floor
Glendale, CA 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329
Email: kjs@kpclegal.com

Attorneys for Defendant,
ALPHA THERAPEUTIC CORPORATION

IT IS SO STIPULATED.

Dated: June 25th, 2008

**DECHERT LLP**

BY: _/s/ Rick Berkman (by permission)_
Rick Berkman
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2857
Telephone: (215) 994-4000
Facsimile: (215) 655-2684
Email: rberkman@dechert.com

Attorneys for Defendant,
BAXTER HEALTHCARE CORPORATION

IT IS SO STIPULATED.

Dated: June ___, 2008

**SIDLEY AUSTIN LLP**

BY: _/s/ Sara Gourley (by permission)_

STIPULATION TO STAY PROCEEDINGS
CASE NO. AW 08-1280

5

Sara Gourley
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: sgourley@sidley.com

Attorneys for Defendant,
ARMOUR PHARMACEUTICAL COMPANY

All proceedings in the District of Maryland shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986. If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case.

IT IS SO ORDERED,

Dated June 27th, 2008         BY: /s/ Alexander Williams, Jr.
                                  Hon. Alexander Williams, Jr.

**STIPULATION TO STAY PROCEEDINGS**
CASE NO. AW 08-1280