**FILED**

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 3 - 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 0 2008

FILED
CLERK'S OFFICE

Judge Grady
08 C 3872

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION

James Landmesser, Jr. v. Bayer Corp., et al.,       )
D. Maryland, C.A. No. 8:08-1280                      )          MDL No. 986

### CONDITIONAL TRANSFER ORDER (CTO-104)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for
the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 264 additional actions have
been transferred to the Northern District of Illinois. With the consent of that court, all such actions
have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the Northern District of Illinois and assigned to
Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District
of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court,
assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of
the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**A CERTIFIED TRUE COPY**

JUN 2 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By /s/ ANITA BAUGARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: JULY 11, 2008**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                    312-435-5698

July 11, 2008

Clerk of Court

4415 Edward A. Garmatz Federal

    Bldg. and United States Courthouse

101 West Lombard Street

Baltimore MD 21201-2605

Dear Clerk:

**Re: MDL 986 -- In re: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation**

    Your case number: 8:08-1280 James Landmesser Jr v Bayer Corp., et al

Our case number:    **08 cv 3872 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge John F. Grady.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins

Clerk

by:    /s/Anita Baugard

Director of Docketing