**U.S. District Court**
**District of Maryland (Greenbelt)**
**CIVIL DOCKET FOR CASE #: 8:08−cv−01280−AW**

| | |
|---|---|
| Landmesser v. Bayer Corporation et al | Date Filed: 05/15/2008 |
| Assigned to: Judge Alexander Williams, Jr | Jury Demand: Plaintiff |
| Case in other court: USDC Northern California, 03−02572−PJH | Nature of Suit: 365 Personal Inj. Prod. Liability |
| USDC ND Illinois, 1:93−cv−7452 | Jurisdiction: Diversity |

Cause: 28:1332 Diversity−Product Liability

**Plaintiff**

**James Landmesser, Jr.**     represented by     **Robert J Weltchek**
Snyder Weltchek and Snyder
1829 Reisterstown Rd Ste 100
Baltimore, MD 21208
14106533700
Fax: 14106533024
Email: rweltchek@litigationteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paulina do Amaral**
Lieff Cabraser Heimann and Bernstein LLP
780 Third Ave 48th Fl
New York, NY 10017
12123559500
Fax: 12123559592
Email: pdoamaral@lchb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayer Corporation**
*an Indiana corporation, successor to Cutter Biological, a California corporation*

**Defendant**

**Baxter Healthcare Corporation**
*a Delaware corporation, and its Hyland Division*

**Defendant**

**Armour Pharmaceutical Company, Inc.**
*a Delaware corporation*

**Defendant**

**Alpha Therapeutic Corporation**
*a California corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2008 | Ï 1 | COMPLAINT with jury demand against all defendants ( Filing fee $ 350 receipt number 04160000000001728919.), filed by James Landmesser, Jr. (Attachments: # 1 Civil Cover Sheet, # 2 Judicial Summons)(Weltchek, Robert) Modified on 5/16/2008 (elt, Deputy Clerk). (Entered: 05/15/2008) |
| 05/15/2008 | Ï 2 | [FILED IN ERROR] MOTION to Appear Pro Hac Vice for Paulina do Amaral on behalf of James Landmesser, Jr Filing fee $ 50, receipt number 04160000000001728974. by James Landmesser, Jr (Weltchek, Robert) Modified on 5/22/2008 (elt, Deputy Clerk). (Entered: 05/15/2008) |
| 05/19/2008 | Ï 3 | Correspondence mailed to the MDL Panel [MDL 986] with a copy of complaint and docket sheet. (c/m 5/19/08) (elt, Deputy Clerk) Modified on 5/19/2008 (elt, Deputy Clerk). (Entered: 05/19/2008) |
| 05/19/2008 | Ï 4 | Summons Issued 20 days as to Bayer Corporation, Baxter Healthcare Corporation, Armour Pharmaceutical Company, Inc., Alpha Therapeutic Corporation. (elt, Deputy Clerk) (Entered: 05/19/2008) |
| 05/22/2008 | Ï 5 | MOTION to Appear Pro Hac Vice for Paulina do Amaral on behalf of James Landmesser, Jr Filing fee $ 50, receipt number 04160000000001728974 by James Landmesser, Jr. (elt, Deputy Clerk) (Entered: 05/22/2008) |
| 05/22/2008 | Ï 6 | PAPERLESS ORDER granting 5 Motion to Appear Pro Hac Vice for attorney Paulina do Amaral on behalf of James Landmesser, Jr. Directing attorney Paulina do Amaral to register on−line for CM/ECF at http://www.mdd.uscourts.gov/attorney/registration.asp.. Signed by Clerk on 5/22/08, upon the authority of Judge Williams. (cmns, Deputy Clerk) (Entered: 05/22/2008) |
| 06/11/2008 | Ï 7 | AFFIDAVIT of Service for Original Summons served on Jennifer Smith on June 2, 2008, filed by Armour Pharmaceutical Company, Inc.. (do Amaral, Paulina) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 8 | AFFIDAVIT of Service for Original Summons served on Juan De Pablo on June 2, 2008, filed by Alpha Therapeutic Corporation. (do Amaral, Paulina) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 9 | AFFIDAVIT of Service for Original Summons served on Juan De Pablo on June 2, 2008, filed by Baxter Healthcare Corporation. (do Amaral, Paulina) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 10 | AFFIDAVIT of Service for Oroginal Summons served on Becky De George on June 2, 2008, filed by Bayer Corporation. (do Amaral, Paulina) (Entered: 06/11/2008) |
| 06/23/2008 | Ï 12 | Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (copy) transferring this case to the Northern District of Illinois on 06/23/2008. (Attachments: # 1 Letter to the Clerk)(ads, |

| | | |
|---|---|---|
| | | Deputy Clerk) (Entered: 06/27/2008) |
| 06/25/2008 | Ï 11 | STIPULATION *to Stay Proceedings* by Bayer Corporation. (O Hara, Katharine) (Entered: 06/25/2008) |
| 06/27/2008 | Ï 13 | Stipulation to Stay Proceedings and Order. Signed by Judge Alexander Williams, Jr on 06/27/2008. (jc, Deputy Clerk) (Entered: 06/30/2008) |
| 07/29/2008 | Ï 14 | CONDITIONAL TRANSFER ORDER (Certified) from the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION transferring this action to the United States District Court Norhter District of Illinois, Eastern Division. Signed by Judge Maryland Unassigned on 6/26/08. (Attachments: # 1 Letter Requesting Transfer)(rank, Deputy Clerk) (Entered: 07/29/2008) |

Case 1:08-cv-03872   Document 15   Filed 07/29/2008   Page 3 of 3