## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In the Matter of
James Landmesser, Jr. vs. Bayer Corporation, et al.

Case Number: 1: 08-cv-03872

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER HEALTHCARE CORPORATION

| (A) | | | |
|---|---|---|---|
| SIGNATURE s/ RICHARD L. BERKMAN | | | |
| NAME Richard L. Berkman | | | |
| FIRM Dechert LLP | | | |
| STREET ADDRESS 2929 Arch Street | | | |
| CITY/STATE/ZIP Philadelphia, PA 19104-2808 | | | |
| TELEPHONE NUMBER 215.994.4000 | FAX NUMBER 215.994.2222 | | |
| E-MAIL ADDRESS richard.berkman@dechert.com | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ | |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ | |

| (B) | | | |
|---|---|---|---|
| SIGNATURE | | | |
| NAME | | | |
| FIRM | | | |
| STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |

| (C) | | | |
|---|---|---|---|
| SIGNATURE | | | |
| NAME | | | |
| FIRM | | | |
| STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |

| (D) | | | |
|---|---|---|---|
| SIGNATURE | | | |
| NAME | | | |
| FIRM | | | |
| STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |